MICHAEL J. HEYMAN
United States Attorney

MANDY M. MACKENZIE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Mandy.Mackenzie@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:26-cr-00038-ACP-KFR |
| Plaintiff, | COUNTS 1-4: |
| | UTTERING COUNTERFEIT |
| vs. | OBLIGATIONS OR SECURITIES |
| | Vio. of 18 U.S.C. § 472 |
| ZACHARY LAURENCE RUSSI, | |
| a/k/a "Alex Rey Ramirez," | COUNT 5: |
| a/k/a "Hary Russi," | OBLIGATIONS OR SECURITIES OF |
| a/k/a "Inghary Russi," | UNITED STATES |
| a/k/a "Julian Rey Gephart," | Vio. of 18 U.S.C. § 471 |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about September 10, 2025, within the District of Alaska, the defendant,

ZACHARY LAURENCE RUSSI, a/k/a "Alex Rey Ramirez," a/k/a "Hary Russi," a/k/a

"Inghary Russi," a/k/a "Julian Rey Gephart," with the intent to defraud, passed and uttered,

attempted to pass and utter, falsely made, forged, and altered obligations and other securities of the United States, specifically, approximately three counterfeit ten-dollar Federal Reserve Notes and one counterfeit twenty-dollar Federal Reserve Note.

All of which is in violation of 18 U.S.C. § 472.

## COUNT 2

On or about January 23, 2026, within the District of Alaska, the defendant, ZACHARY LAURENCE RUSSI, a/k/a "Alex Rey Ramirez," a/k/a "Hary Russi," a/k/a "Inghary Russi," a/k/a "Julian Rey Gephart," with the intent to defraud, passed and uttered, attempted to pass and utter, falsely made, forged, and altered obligations and other securities of the United States, specifically, approximately five counterfeit five-dollar Federal Reserve Notes with serial number QC38176210A.

All of which is in violation of 18 U.S.C. § 472.

## COUNT 3

On or about January 28, 2026, within the District of Alaska, the defendant, ZACHARY LAURENCE RUSSI, a/k/a "Alex Rey Ramirez," a/k/a "Hary Russi," a/k/a "Inghary Russi," a/k/a "Julian Rey Gephart," with the intent to defraud, passed and uttered, attempted to pass and utter, falsely made, forged, and altered obligations and other securities of the United States, specifically, one counterfeit twenty-dollar Federal Reserve Note with serial number PD36494816D.

All of which is in violation of 18 U.S.C. § 472.

//

//

## COUNT 4

On or about February 2, 2026, within the District of Alaska, the defendant, ZACHARY LAURENCE RUSSI, a/k/a "Alex Rey Ramirez," a/k/a "Hary Russi," a/k/a "Inghary Russi," a/k/a "Julian Rey Gephart," with the intent to defraud, passed and uttered, attempted to pass and utter, falsely made, forged, and altered obligations and other securities of the United States, specifically, one counterfeit fifty-dollar Federal Reserve Note.

All of which is in violation of 18 U.S.C. § 472.

## COUNT 5

On or about February 3, 2026, within the District of Alaska, the defendant, ZACHARY LAURENCE RUSSI, a/k/a "Alex Rey Ramirez," a/k/a "Hary Russi," a/k/a "Inghary Russi," a/k/a "Julian Rey Gephart," with the intent to defraud, falsely made, forged, counterfeited, or altered any obligation or other security of the United States.

//

//

//

//

//

//

//

//

//

All of which is in violation of 18 U.S.C. § 471.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mandy M. Mackenzie
MANDY M. MACKENZIE
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE:   March 17, 2026